## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bank. Case No.: 16-24726-GLT |
| | 16-24727-GLT |
| C & D COAL COMPANY, LLC and DERRY COAL COMPANY, LLC, | Chapter 7 |
| Debtors. | Rel. Doc No.: |
| | Hearing Date and Time: Feb. 12, 2021 at at 11:00 a.m. |
| CHARLES O. ZEBLEY, Jr., INTERIM CHAPTER 7 TRUSTEE of C&D Coal Company, LLC and Derry Coal Company, LLC, | Response Deadline: Feb. 5, 2021 |
| Movant, | |
| v. | |
| ATLAS ACQUISITIONS, LLC; C&D COAL COMPANY, LLC; COMMONWEALTH OF PENNSYLVANIA- UCTS, DEPARTMENT OF LABOR AND INDUSTRY; DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE; DERRY COAL COMPANY, LLC; INTEGRITY COAL SALES, INC.; JOHNSON INDUSTRIES, INC.; KINGSTON COAL COMPANY; KINGSTON GAS, LLC; PALISADE AVENUE REALTY ASSOCIATES LIMTED PARTNERSHIP; PENNSYLVANIA DEPARTMNET OF REVENUE; RTB HOLDINGS, LLC; WESTMORELAND COUNTY TAX CLAIMS BUREAU, and THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | |
| Respondents. | |

**PROOF OF PUBLICATION OF NOTICE OF SALE IN THE TRIBUNE-REVIEW**

Charles O. Zebley, Jr., the Chapter 7 Trustee of C&D Coal Company, LLC and Derry Coal Company, LLC (the "Trustee"), hereby files this Proof of Publication of the Notice of Sale in the Tribune-Review, which is attached.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: February 2, 2021

By: /s/ *Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
cthornton-illar@leechtishman.com
525 William Penn Place
28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600



## Proof of Publication of Notice in The Tribune-Review
Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania }
County of Allegheny           }  SS:

Patty Klingensmith, Classified Advertising Manager of Trib Total Media, Inc., a corporation of the Commonwealth of Pennsylvania with place of business in Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review is a daily newspaper in general circulation in Southwestern Pennsylvania. Said corporation was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz:
LEGAL# 156612, RE: BANKRUPTCY SALE; 27TH DAY OF JANUARY, 2021.

Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
Classified Advertising Manager,
Trib Total Media, Inc.

Sworn to and subscribed before me this
27TH day of JANUARY, 2021

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JoAnn M. Callahan, Notary Public
Westmoreland County
My commission expires July 1, 2024
Commission number 1243230
Member, Pennsylvania Association of Notaries

### Statement of Advertising Costs

CRYSTAL H. THORNTON-ILLAR
LEECH TISHMAN FUSCALDO & LAMPL, LLC
525 WILLIAM PENN PLACE, 28TH FLOOR
PITTSBURGH, PA 15219

To Trib Total Media, Inc..
For Publishing the notice or advertisement attached
hereto on the above stated dates     $617.75
Probating Same                        $    0
Total                                 $ 617.75*

### Publisher's Receipt for Advertising

The Trib Total Media, Inc., publisher of the Tribune-Review acknowledges a receipt of the aforesaid advertising and publication fully paid.

Trib Total Media Inc., Publisher
of the Tribune-Review, a Daily Newspaper.

By X_____

**BANKRUPTCY SALE**
Bank. Case No.: 16-24726-GLT
              16-24727-GLT
C & D COAL COMPANY, LLC and
DERRY COAL COMPANY, LLC,
NOTICE IS HEREBY GIVEN THAT Charles O. Zebley, Jr., the Chapter 7 Trustee Motion to Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens described as follows:
(1) The real estate owed by C&D Coal Company, LLC located in Derry Township, W sylvania, as more particularly described in: (i) that Deed from Kennametal, Inc., to 13, 2010 and recorded on December 16, 2010 in the Office of the Recorder of Deed Pennsylvania, at Instrument Number 201012160047129 and (ii) that Coal Deed fro Coal dated August 27, 2012 and recorded on September 5, 2012 in the Office of Westmoreland County, Pennsylvania, at Instrument Number 201209050036746 id 45-41-00-0-120-90-100.
(2) The real estate owned by Derry Coal Company, LLC located in Derry Townsh Pennsylvania identified as tax map numbers 45-41-04-0-036 and 45-41-04-0-041.
(3) All tangible and intangible personal property used in connection with their busines tion of coal, oil, and gas, owned by the Debtors.
(4) The Trustee is assigning to the buyer all the Debtors' interest, if any, in the Kings is selling/assigning all of its interest in the Kingston Leases.
The Trustee intends to sell substantially all of the Debtors' assets on an As is, Wher The Trustee and Kingston have received an offer from Low Vol Properties, LLC to p the Debtors' assets for $5,000,000.00.
A video conference on the Sale Motion will be held on **February 12, 2021 at 11:00 a** Taddonio via Zoom at which time the Bankruptcy Court will consider higher and bett to appear by video conference must register via the link published on Judge Taddor p.m. the day prior to the hearing.
An Order has been entered approving certain bid procedures.. Anyone wishing to b provide the Trustee with a deposit in the amount $50,000.00 on or before February Arrangements to receive a copy of the Purchase Agreement, the Bid Procedures Assets may be made by contacting Crystal H. Thornton-Illar at the below phone nu More information about the Debtors' assets can be obtained on the Court's Electron tion website at www.pawb.uscourts.gov/easi.htm.
Date: January 21, 2020      By: /s/ Crystal H. Thornton-Illar
                                Crystal H. Thornton-Illar
                                PA I.D. No. 93003
                                cthornton-illar@leechtishman.com
                                525 William Penn Place
                                28th Floor
                                Pittsburgh, Pennsylvania 15219
                                (412) 261-1600